# IN THE SUPREME COURT OF THE STATE OF NEVADA

HAROLD EDWARDS,
              Appellant,
      vs.
SOUTHERN DESERT CORRECTIONAL
CENTER; OFFICER J. BILLEY; AND
JO GENTRY, WARDEN,
              Respondents.

No. 80995

FILED

APR 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
          DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, both appellant and the district court's case appeal statement indicate the appeal is from an order of dismissal, but no such order appears in the district court docket entries. Appellant filed his complaint on October 1, 2019. The district court appears to have taken no action since then, aside from an order to show cause. A minute order of dismissal, and a subsequent order to statistically close the case. None of these orders is either written and entered or substantively appealable. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013) (an order statistically

20-15758

closing a case is not appealable). Accordingly, this court lacks jurisdiction and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Trevor L. Atkin, District Judge
       Harold Edwards
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

---

[1]This court is confident that the district court will enter a written order as soon as its calendar permits.

SUPREME COURT
OF
NEVADA

(O) 1947A